**UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | IN PROCEEDINGS UNDER |
| | ) | CHAPTER 7 |
| JENNIFER SUE WHEAT, | ) | |
| | ) | |
| Debtors. | ) | Case No. 16-41034 |

### MOTION TO DIRECT DEBTOR TO TURNOVER PROPERTY TO TRUSTEE

COMES NOW, Dana S. Frazier, Trustee in the above-captioned case, and for her Motion to Direct Debtor to Turnover Property to Trustee, states as follows:

1. Dana S. Frazier, is the duly and acting trustee in this case.

2. The Debtor provided copies of her filed 2016 income tax returns. The Trustee determined the Bankruptcy Estate was entitled to $4m705.64.

3. The Trustee requested the turnover of the income tax refund in the amount of $4,705.64 by written letters to Debtor's counsel dated April 21, 2017, May 18, 2017, June 13, 2017, July 6, 2017 and August 10, 2017.

4. To date, the Debtor has not made any payment.

WHEREFORE, the Trustee prays that this Court enter its order directing the Debtor to turnover to the Trustee within 10 days the amount owed the Estate as to her 2016 income tax refunds in the amount of $4,705.64.

Respectfully Submitted

/s/ Dana S. Frazier
Dana S. Frazier, 06242921
Chapter 7 Trustee

Frazier Law Office LLC
P.O. Box 159
Murphysboro, IL  62966
Tel:    618-687-5707
Fax:    618-687-5710

## **CERTIFICATE OF SERVICE**

    I, the undersigned, do hereby certify that I served a copy of the **Motion to Direct Debtor to Turnover Property to Trustee** and all **Exhibits** by U.S. Mail or Electronic Mail to:

Mark Tungate, Debtor's attorney

Jennifer Wheat
209 East Water St.
Fairfield, IL  62837

U.S. Trustee

Dated:  September 29, 2017

                                                    /s/ Dana S. Frazier
                                                   Dana S. Frazier, #06242921
                                                   Chapter 7 Trustee
                                                   P.O. Box 159
                                                   Murphysboro, IL  62966
                                                   Phone: (618) 687-5707
                                                   Fax:(618) 687-5710